FILED

06/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0132

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0132

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

MATTHEW ROBERT ALLEN,

     Defendant and Appellant.

O R D E R

_____

Upon consideration of Appellant Matthew Robert Allen's Motion for Extension of Time and good cause appearing therefore, Allen is GRANTED an extension of time within which to file his Reply Brief to and including July 6, 2023.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 15 2023